UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE GOMEZ CEDILLO,

                      Plaintiff,

        -against-                                Case No.: 24-cv-4333 (PMH)

FUJI JAPANESE STEAKHOUSE SUSHI, INC., and
AN HUA CHEN a/k/a ANDY CHEN,

                                        ~~(PROPOSED)~~ JUDGMENT

                    Defendants.
------------------------------------------------------------------X

**The Court Orders that:**

Plaintiff Jose Gomez Cedillo recovers from Defendants Fuji Japanese Steakhouse Sushi, Inc., and An Hua Chen a/k/a Andy Chen, jointly and severally, the total amount of One Hundred Twenty-Five Thousand Dollars and Zero Cents ($125,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 21-1).

Dated:   White Plains, New York

           January 13, 2025

                                                      **SO ORDERED:**

                                                      Hon. Philip M. Halpern
                                                     United States District Judge